IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60378
Summary Calendar
_____


LUTHER COLEMAN,

Petitioner-Appellant,

versus

EDWARD HARGETT,

Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:91-CV-093-D
- - - - - - - - - -
February 21, 1996
Before HIGGINBOTHAM, DUHE' and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Luther Coleman appeals from the district court's dismissal of his petition for writ of habeas corpus, 28 U.S.C. § 2254. He argues that he was denied an impartial jury because a high percentage of the venire consisted of law enforcement personnel or their relatives, that the state court failed to exclude inculpatory statements made by Coleman without a knowing and intelligent waiver of his Miranda rights, that the state court improperly admitted evidence absent proof of the chain of custody, and that his conviction should be reversed because of cumulative error.

We have reviewed the arguments and the record and perceive no reversible error. Because there is no error, we reject Coleman's cumulative error argument. We affirm the district court's dismissal of Coleman's petition for essentially the reasons stated by the district court.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.